*William Mix,* for appellant.

*Kinney, Bernard & Camup,* for appellees.

----

## WILLIAM S. KEETES v. COMMONWEALTH.

**Quashing Bail Bond.**

> Where one accused of crime in an examining court is committed to jail in default of bail, the amount being fixed at $1,200, and no record appears showing its reduction or that he was discharged by reason of the execution of the bond, and nothing appears in the record to show any authority for taking a bond from him in the sum of $800, but it is sought to hold a surety on such a bond, the bond should be quashed.

### APPEAL FROM HARDIN·CIRCUIT COURT.

January 14, 1879.

OPINION BY JUDGE PRYOR:

There is nothing in this record showing any authority for the taking of the bond for $800. The accused had been tried before an

12

examining court and committed to jail in default of bail, the amount being fixed at $1,200. How he was released from custody does not appear. There is no minutes or proceedings showing that his bail was reduced, or that he was discharged by reason of the execution of the bond for the amount for which the appellant has been made liable. The response should have been held sufficient and the bond quashed.

Judgment *reversed* and cause remanded for further proceedings etc.

Judge Cofer not sitting.

*Montgomery & Preston, for appellant.　Moss, for appellee.*